IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS HOHOL,

    Petitioner,

v.                                      Case No.  20-cv-873-bbc

STATE OF WISCONSIN,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Dennis Hohol's petition for a writ of habeas corpus without prejudice.

/s/                                                   11/9/2020
Peter Oppeneer, Clerk of Court                 Date